Case 4:20-cv-03515   Document 16   Filed on 02/14/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 14, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Ray Gene Curtis,<br>　　　Plaintiff,<br><br>v.<br><br>Houston Inspection Field Services, LLC,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§　CIVIL ACTION NO. H-20-3515<br>§<br>§<br>§ |

## ORDER

On February 11, 2022, the Magistrate Judge conducted a settlement conference in this action and has now notified this Court that the parties reached a settlement.

Accordingly, this action is **DISMISSED** without prejudice to the right of counsel to move for reinstatement within thirty (30) days of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

SIGNED at Houston, Texas, on this 14th day of February, 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE